

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00477-CV

| | | |
|---|---|---|
| SHARON CHISM, Appellant | § | On Appeal from County Court at Law |
| | § | No. 3 |
| V. | § | of Tarrant County (2022-001687-3) |
| | § | April 25, 2024 |
| ARLINGTON OAKS /SANDALWOOD MANAGEMENT AND TARRANT ROOFING | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
       Justice Brian Walker